HARRY L. ELLIS, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 30055.) — Judgment affirmed, with costs. All concur. (Appeal from a judgment for claimant on a claim against the State for damages for personal injuries alleged to have been sustained by reason of negligent condition of highway.) Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

∎

HELEN M. FINEGAN et al., Respondents, v. COUNTY OF MONROE, Defendant, and JAMES F. THORPE et al., Appellants.— Judgment affirmed, with costs. All concur. (Appeal from a judgment for plaintiffs in an injunction action.) Present — Taylor, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.